**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 97-7717**

———

MICHAEL BOYD,

                                       Petitioner - Appellant,

     versus

UNITED STATES OF AMERICA; JANET RENO; KATHLEEN
HAWKS; W. J. THOMPSON, Warden, FCI Morgantown;
ANN BARTOLO,

                                       Respondents - Appellees.

———

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  William M. Kidd, Senior
District Judge.  (CA-96-165)

———

Submitted:  June 30, 1998          Decided:  August 4, 1998

———

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Michael Boyd, Appellant Pro Se. Daniel W. Dickinson, Jr., OFFICE OF
THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Boyd appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Boyd v. United States, No. CA-96-165 (N.D.W. Va. Sept. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED